**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TIMOTHY GIBSON, | : | CIV. NO. 25-14030 (RMB) |
|  | : |  |
| Petitioner | : | **OPINION** |
|  | : |  |
| v. | : |  |
|  | : |  |
| WARDEN THOMPSON, | : |  |
|  | : |  |
| Respondent | : |  |

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Timothy Gibson, a federal inmate incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Petition, Dkt. No. 1.) Respondent filed a letter in lieu of an answer, seeking dismissal of the petition as moot. (Letter, Dkt. No. 7.) For the reasons set forth below, the Court will dismiss the petition.

## I.    BACKGROUND

Petitioner alleges that, as a District of Columbia Code Offender incarcerated by the Federal Bureau of Prisons, he is entitled to application of earned First Step Act time credits because his crime of conviction does not preclude eligibility under

1

the First Step Act.  (Petition at 4-7.)  For relief, Petitioner seeks application of his earned First Step Act time credits, which would result in his release from FCI Fort Dix.  (*Id.* at 7.)  Respondent filed a letter in lieu of an answer, establishing that the Bureau of Prisons applied Petitioner's earned First Step Act time credits.  (Letter, Dkt. No. 7; Declaration of Alisha Gallagher, Dkt. Nos. 7-1 to 7-3.)  Respondent followed with a letter advising the Court of Petitioner's release from FCI Fort Dix on November 19, 2025.  (Letter, Dkt. No. 8; Declaration of Alisha Gallagher, Dkt. Nos. 8-1 to 8-2.)

## II.    DISCUSSION

A habeas corpus petition under § 2241 must present a live "case" or "controversy" under Article III of the U.S. Constitution.  A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief.  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996).  In this case, the Bureau of Prisons applied Petitioner's First Step Act time credits and released him from custody upon expiration of his sentence.  Because no case or controversy remains, the petition is moot.

## III.    CONCLUSION

The petition no longer presents a justiciable controversy. Accordingly, it will be dismissed.

An appropriate Order follows.

DATE:  **April 1, 2026**

                                      s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        Chief United States District Judge